| | |
|---|---|
| 1 | Michael H. Kalkstein (State Bar No. 41417) |
|   | michael.kalkstein@dechert.com |
| 2 | Michael Edelman (State Bar No. 172591) |
|   | michael.edelman@dechert.com |
| 3 | Sarah Wager (State Bar No. 209277) |
|   | sarah.wager@dechert.com |
| 4 | **DECHERT LLP** |
|   | 1117 California Ave. |
| 5 | Palo Alto, CA 94304-1106 |
|   | Telephone:   650.813.4800 |
| 6 | Facsimile:   650.813.4848 |
| 7 | Attorneys for Plaintiff |
|   | DEX PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEX PRODUCTS INC., a California Corporation, | Case No.  C 05-05126 WDB ADR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| BARBARA S. HOUGHTELING, an individual; BASIC COMFORT, INC., a Colorado Corporation, | |
| Defendants. | |

WHEREAS Dex Products, Inc. ("Dex") filed a Complaint for Declaratory Relief ("Complaint") against Barbara Houghteling ("Houghteling") and Basic Comfort, Inc. ("Basic Comfort") on December 12, 2005 (the "Action");

WHEREAS Timothy Martin ("Martin") of Martin & Henson, P.C. has confirmed that he represents Houghteling and Basic Comfort in the Action;

WHEREAS Martin agreed to and did accept service of the Complaint on behalf of Houghteling and Basic Comfort, effective December 29, 2005;

WHEREAS based on the December 29 service date, Houghteling and Basic Comfort's

response to the Complaint is due on January 18, 2006;

WHEREAS Houghteling and Basic Comfort have requested a twenty (20) day extension to respond or otherwise plead to the Complaint;

IT IS HEREBY STIPULATED THAT:

1. Hougteling and Basic Comfort shall respond or otherwise plead to the Complaint on or before February 7, 2006.

Dated: January 18, 2006           DECHERT LLP


                                  By: /s/Sarah Wager
                                     Michael H. Kalkstein
                                     Michael N. Edelman
                                     Sarah Wager
                                     Attorneys for Plaintiff
                                     DEX PRODUCTS, INC.


Dated: January __, 2006           MARTIN & HENSON, P.C.


                                  By: _____
                                     Timothy J. Martin
                                     Attorneys for Defendants BARBARA
                                     HOUGHTELING and BASIC COMFORT, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1-19-06

_____
HONORABLE
Judge of the U

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

1  response to the Complaint is due on January 18, 2006;
2      WHEREAS Houghteling and Basic Comfort have requested a twenty (20) day extension to
3  respond or otherwise plead to the Complaint;
4      IT IS HEREBY STIPULATED THAT:
5      1.    Hougteling and Basic Comfort shall respond or otherwise plead to the Complaint on
6  or before February 7, 2006.

Dated: January __, 2006
        DECHERT LLP

By: _____
    Michael H. Kalkstein
    Michael N. Edelman
    Sarah Wager
    Attorneys for Plaintiff
    DEX PRODUCTS, INC.

Dated: January 18, 2006
        MARTIN & HENSON, P.C.

By: _____
    Timothy J. Martin
    Attorneys for Defendants BARBARA
    HOUGHTELING and BASIC COMFORT, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____
        _____
        HONORABLE WAYNE D. BRAZIL
        Judge of the United States Court