**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEX Products, Inc.,

              Plaintiff,

    v.

Barbara Houghteling, Basic Comfort, Inc.,

              Defendants.

_____/

No. C 05-5126  WDB

ORDER RE CONSENT OR REQUEST
FOR REASSIGNMENT

TO ALL PARTIES AND COUNSEL OF RECORD:

      This case was randomly assigned at filing to the undersigned United States Magistrate Judge.  Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense.  On February 7, 2006, defendants filed a motion to dismiss or transfer -- a potentially dispositive motion.  In light of defendants' pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and file the consent or request for reassignment **by no later than March 8, 2006.**

      IT IS SO ORDERED.

Dated: February 10, 2006

                            /s/  Wayne D. Brazil_____
                            WAYNE D. BRAZIL
                            United States Magistrate Judge

Enclosure

Copies to:
Parties, WDB, Stats.

1