| | |
|---|---|
| 1 | Michael H. Kalkstein (State Bar No. 41417) |
| | michael.kalkstein@dechert.com |
| 2 | Michael Edelman (State Bar No. 172591) |
| | michael.edelman@dechert.com |
| 3 | Sarah Wager (State Bar No. 209277) |
| | sarah.wager@dechert.com |
| 4 | **DECHERT LLP** |
| | 1117 California Ave. |
| 5 | Palo Alto, CA 94304-1106 |
| | Telephone: 650.813.4800 |
| 6 | Facsimile: 650.813.4848 |
| | Attorneys for Plaintiff |
| 7 | DEX PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEX PRODUCTS INC., a California Corporation, | Case No.4:05-cv-05126-WDB |
| Plaintiff, | **ORDER APPROVING SUBSTITUTION OF ATTORNEY** |
| v. | |
| BARBARA S. HOUGHTELING, an individual; BASIC COMFORT, INC., a Colorado Corporation, | |
| Defendants. | |

1    WHEREAS the Court having considered Plaintiff's proposed Substitution of
2 Attorney and
3    WHEREAS good cause exhibits to approve such substitution.
4    IT IS THEREFORE ORDERED that Plaintiff's substitution of attorney is hereby
5 APPROVED.

7 Dated: 3-2-06

By: _____
WAYNE D. BRAZIL
United States Magistrate Judge



[PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEY
CASE NO.4:05-cv-05126-WDB                                                         12437843.1.BUSINESS

2