| | |
|---|---|
| 1 | Robert L. Sallander, Jr., SBN 118352 |
| | RSALLANDER@GPSLLP.COM |
| 2 | John P. Makin, SBN 88853 |
| | JMAKIN@GPSLLP.COM |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
| | 6111 Bollinger Canyon Road, Suite 500 |
| 4 | San Ramon, CA 94583 |
| | Telephone: (925) 866-1000 |
| 5 | Facsimile: (925) 830-8787 |
| 6 | Attorneys for Plaintiff |
| | DEX PRODUCTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

DEX PRODUCTS INC., a California Corporation,

    Plaintiff,

vs.

BARBARA S. HOUGHTELING, an individual; BASIC COMFORT, INC., a Colorado Corporation,

    Defendants.

Case No. 05-CV-05126-SI

STIPULATION AND ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

The plaintiff, DEX Products Inc., and defendants Barbara S. Houghteling and Basic Comfort, Inc., by and through their counsel, stipulate and apply to the Court for an order as follows:

1. The parties are engaged in an effort to resolve the issues between them by an informal exchange of information and negotiation that may take six to eight weeks to complete or resolve.

2. The defendants had previously noticed a motion challenging jurisdiction and venue, which was ordered off calendar, when the action was reassigned from Magistrate Judge Woodruff to the Court, and the motion has now been scheduled for a May 19, 2006 hearing by defendants in light of the parties' efforts to resolve the action as outlined in paragraph 1 above.

3. As a matter of judicial economy it would be most efficient to determine whether jurisdiction or venue issues might preclude the Court from hearing and deciding the action before a case management conference is conducted.

4. The litigation involves the determination of patent rights and would be subject to the Court's local rules for patent cases, and those rules include deadlines for significant case activity and requirements keyed to the initial case management conference date, which would compel the parties to engage in efforts that may be unnecessary if the process outlined in paragraph 1 above proves successful.

5. The parties agree that a continuance of the initial case management conference from the presently scheduled time and date of 2:00 pm, Friday, April 14, 2006, to 2:00 pm, Friday, June 16, 2006, would provide an adequate period of time for the parties to pursue a resolution by agreement through the process outlined in paragraph 1 above, if necessary re-notice and resolve defendants' motion addressing jurisdiction and venue issues, avoid the waste of litigation and judicial resources, and efficiently serve the interests of the parties, the Court and justice.

6. Therefore, the parties request that the Court continue the initial case management conference in this matter from 2:00 pm, Friday, April 14, 2006, to 2:00 pm, Friday, June 16, 2006.

Dated: March 31, 2006

GREENAN, PEFFER,
SALLANDER & LALLY LLP
ROBERT L. SALLANDER
JOHN P. MAKIN

By _____
Attorneys for Plaintiff
DEX PRODUCTS, INC.

TIPS GROUP
PAUL HICKMAN

By _____
Attorneys for Defendants
BARBARA S. HOUGHTELING and
BASIC COMFORT, INC.

2
STIPULATION AND ORDER RE CONTINUING CMC

ORDER

For good cause appearing and as requested by the parties, the initial case management conference in this matter is continued from 2:00 pm, Friday April 14, 2006, to 2:00 pm, Friday, June 16, 2006.

Dated: April __, 2006

_____
United States District Judge