IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEX PRODUCTS, INC., | No. C 05-05126 SI |
| Plaintiff, | **ORDER RE: DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| BARBARA HOUGHTELING, et al., | |
| Defendants. | |

Oral argument on defendants' motion to dismiss is currently scheduled for May 19, 2006, at 9:00 a.m. In light of Basic Comfort's status as the exclusive licensee of the '176 patent, the parties should come prepared to discuss whether Houghteling is an indispensable party to this litigation under Rule 19(b). *See, e.g.*, *Intellectual Property Devel., Inc. v. TCI Cablevision of Cal., Inc.*, 248 F.3d 1333 (Fed. Cir. 2001); *Dainippon Screen Mfg. Co., Ltd. v. CFMT, Inc.*, 142 F.3d 1266, 1269 (Fed. Cir. 1998); *see also Central Tools, Inc. v. Mitutoyo Corp.*, 381 F. Supp. 2d 71 (D.R.I. 2005).

**IT IS SO ORDERED.**

Dated: May 18, 2006

SUSAN ILLSTON
United States District Judge