1  TIMOTHY J. MARTIN, *Pro Hac Vice*
   MARTIN & HENSON, P.C.
2  9250 West 5th Avenue, Suite 200
   Lakewood, CO 80226
3  Phone: (303) 232-3388
   Fax: (303) 232-3288
4  tmartin@martinhenson.com

5  PAUL L. HICKMAN, Bar No. 113715
   TIPS Group
6  401 Florence Street
   Palo Alto, California 94301
7  Phone: (650) 333-0180
   Fax:    (800) 822-7095
8  phickman@tipsgroup.org

9  Attorneys for Defendants
   Barbara S. Houghteling and
10 Basic Comfort, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         (SAN FRANCISCO DIVISION)

15 | DEX PRODUCTS INC., a California | CASE No.: 05-CV-05126-SI |
   | corporation,                    |                           |
16 |                                 | **STIPULATION AND ORDER RE** |
   |              Plaintiff,         | **SUBMISSION OF LICENSE**    |
17 |                                 | **AGREEMENT UNDER SEAL**     |
   |     v.                          |                           |
18 |                                 |                           |
   | BARBARA S. HOUGHTELING, an individual; |                    |
19 | BASIC COMFORT, INC., a Colorado |                           |
   | corporation,                    |                           |
20 |                                 |                           |
   |              Defendants.        |                           |

21

22     The Defendants, Barbara S. Houghteling and Basic Comfort, Inc., and Plaintiff DEX

23 Products, Inc., by and through their counsel, stipulate and apply to the Court for an order as

24 follows:

25     1)     The Court ordered after a Hearing on May 19, 2006, as set forth in the Civil

26            Pretrial Minutes of that date, that the Defendants must submit the license

27            pertaining to U.S. Patent No. 6,877,178 ("the License Agreement") to the Court

28            by May 26, 2006.

2)      In compliance with this order, a copy of the License Agreement has been obtained by counsel for the Defendants. Since certain confidential financial and business information appear on pages 3 and 6 of the License Agreement, a redacted version of the License Agreement ("the Redacted License Agreement") has been prepared.

3)      It is believed that the License Agreement has not been changed in nature by the redacting of the confidential financial and business information on pages 3 and 6 in the Redacted License Agreement. A copy of the Redacted License Agreement has been provided to Plaintiff's counsel for their review.

4)      Plaintiff's counsel has no objection to having pages 3 and 6 of the License Agreement Lodged with the Clerk of the Court Under Seal.

5)      Therefore, the parties request that the Court order that pages 3 and 6 of the License Agreement be Lodged Under Seal with the Clerk of the Court.

Dated: May 25, 2006

MARTIN & HENSON, P.C.
TIMOTHY J. MARTIN

TIPS GROUP
PAUL L. HICKMAN

By: _____
Attorneys for Defendants
BARBARA S. HOUGHTELING and
BASIC COMFORT, INC

GREENAN, PEFFER,
SALLANDER & LALLY LLP
ROBERT L. SALLANDER
JOHN P. MAKIN

By _____
Attorneys for Plaintiff
DEX PRODUCTS, INC.

- 2 -

Case No.: 05-CV-05126-SI          HOUGL001

ORDER

For good cause appearing and PURSUANT TO STIPULATION BY THE PARTIES, IT IS SO ORDERED.

Dated: _____

*Susan Illston*
SUSAN ILLSTON
United States District Judge