| | |
|---|---|
| 1 | TIMOTHY J. MARTIN, *Pro Hac Vice* <br> MARTIN & HENSON, P.C. |
| 2 | 9250 West 5th Avenue, Suite 200 <br> Lakewood, CO 80226 |
| 3 | Phone: (303) 232-3388 <br> Fax: (303) 232-3288 |
| 4 | tmartin@martinhenson.com |
| 5 | PAUL L. HICKMAN, Bar No. 113715 <br> Technology & Intellectual Property |
| 6 |   Strategies Group PC <br> 401 Florence Street |
| 7 | Palo Alto, California 94301 <br> Phone: (650) 333-0180 |
| 8 | Fax:   (800) 822-7095 <br> phickman@tipsgroup.org |
| 9 | |
| 10 | Attorneys for Defendant <br> Basic Comfort, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| DEX PRODUCTS INC., a California corporation, | CASE No.: 05-CV-05126-SI |
| Plaintiff, | **STIPULATION, APPLICATION AND (PROPOSED) ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| BARBARA S. HOUGHTELING, an individual; BASIC COMFORT, INC., a Colorado corporation, | |
| Defendants. | |

    The Defendant, Basic Comfort, Inc., and Plaintiff, DEX Products, Inc., by and through their counsel, stipulate and apply to the Court for an order continuing the Case Management Conference currently scheduled for October 27, 2006 until December 1, 2006 or thereafter at the convenience of the Court. The facts behind this stipulation and application are as follows:

1) On September 12, 2006 the Court ordered the parties to participate in private mediation before October 6, 2006. As a part of that order, Counsel was required to identify the mediator and the date of the mediation.

2) Private mediation was held before the Hon. William Cahill (Retired) in the San Francisco offices of JAMS on October 2, 2006. The mediation was successful in settling this case, and was memorialized by a written Memorandum of Settlement signed by the parties.

3) Pursuant to the Court's Order, on October 6, 2006 Counsel informed the Court of the identity of the mediator and the date of the mediation along with the result. Counsel was advised to file a Stipulation and Application for Continuance unless a dismissal could be filed before the due date of October 20, 2006 for the Case Management Conference Statement.

4) The Memorandum of Settlement requires a mutually acceptable Settlement Agreement to be prepared within 30 days of the Memorandum of Settlement, i.e. by <u>November 1, 2006</u>. A draft Settlement Agreement has been prepared and is currently under review.

5) Once the Settlement Agreement has been executed by the parties, a Stipulation in Connection With Settlement will be submitted Under Seal, and Plaintiff will file its Notice of Dismissal.

Dated: October 20, 2006

MARTIN & HENSON, P.C.
TIMOTHY J. MARTIN

TECHNOLOGY & INTELLECTUAL
PROPERTY STRATEGIES GROUP PC
PAUL L. HICKMAN

By: _____
Attorneys for Defendant
BASIC COMFORT, INC

1
2  GREENAN, PEFFER,
   SALLANDER & LALLY LLP
3  ROBERT L. SALLANDER
   JOHN P. MAKIN
4
5  By: [signature]
6  Attorneys for Plaintiff
   DEX PRODUCTS, INC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
## (PROPOSED) ORDER
4
5   For good cause appearing and PURSUANT TO STIPULATION BY THE PARTIES, **IT
6   IS ORDERED** THAT THE CASE MANAGEMENT CONFERENCE BE CONTINUED UNTIL
7   12/1/06                          .
8
9   Dated: _____          _____
10                              SUSAN ILLSTON
11                              United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28