Robert L. Sallander, Jr., SBN 118352
John P. Makin, SBN 88853
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone:    (925) 866-1000
Facsimile:    (925) 830-8787

Attorneys for Plaintiff
DEX PRODUCTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DEX PRODUCTS INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br>BARBARA S. HOUGHTELING, an individual; BASIC COMFORT, INC., a Colorado Corporation,<br><br>Defendants. | Case No. 05-CV-05126-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The plaintiff, DEX Products Inc., and defendant Basic Comfort, Inc., by and through their counsel, stipulate and apply to the Court for an order continuing the Case Management Conference currently scheduled for December 1, 2006 until December 15, 2006 or thereafter at the convenience of the Court. The facts behind this stipulation and application are as follows:

1. On September 12, 2006 the Court ordered the Parties to participate in private mediation before October 6, 2006. As a part of that order, Counsel was required to identify the mediator and the date of the mediation.

2. Private mediation was held before the Hon. William Cahill (Retired) in the San Francisco offices of JAMS on October 2, 2006. The mediation was successful in settling this case, and was memorialized by a written Memorandum of Settlement signed by the parties.

3. Pursuant to the Court's Order, on October 6, 2006 Counsel informed the Court of the

1

identity of the mediator and the date of the mediation along with the result. Counsel was advised to file a Stipulation and Application for Continuance unless a dismissal could be filed before the due date of October 20, 2006 for the Case management Conference Statement.

4. Draft Settlement documents have been exchanged between Counsel over the past month. Counsel have discussed the Settlement documents and feel versions should be ready and executed by next week (due to the Thanksgiving holiday).

5. Once the Settlement Agreement has been executed by the parties, a Stipulation in Connection with Settlement will be submitted under seal, and Plaintiff will file its Notice of Dismissal.

Dated: November 22, 2006

GREENAN, PEFFER, SALLANDER & LALLY LLP

ROBERT L. SALLANDER
JOHN P. MAKIN

By _____
Attorneys for Plaintiff
DEX PRODUCTS, INC.


TIPS GROUP
PAUL HICKMAN

By _____
Attorneys for Defendants
BARBARA S. HOUGHTELING and
BASIC COMFORT, INC.

|   |   |
|---|---|
| 1 | ORDER |
| 2 |   |
| 3 | For good cause appearing and as requested by the parties, the case management |
| 4 | conference in this matter is continued from December 1, 2006 until 12/15/06 . |
| 5 |   |
| 6 | Dated: November __, 2006 /s/ Susan Illston |
| 7 | United States District Judge |