| | |
|---|---|
| 1 | ROBERT L. SALLANDER, JR., SBN 118352<br>RSALLANDER@GPSLLP.COM |
| 2 | JOHN P. MAKIN, SBN 88853<br>JMAKIN@GPSLLP.COM |
| 3 | GREENAN, PEFFER, SALLANDER & LALLY LLP<br>6111 BOLLINGER CANYON ROAD, SUITE 500 |
| 4 | SAN RAMON, CA 94583<br>TELEPHONE: (925) 866-1000 |
| 5 | FACSIMILE: (925) 830-8787 |
| 6 | Attorneys for Plaintiff<br>DEX PRODUCTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEX PRODUCTS INC., a California Corporation, | ) | Case No. 05-05126 SI |
| | ) | |
| | ) | NOTICE OF DISMISSAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BARBARA S. HOUGHTELING, an individual; BASIC COMFORT, INC., a Colorado Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Fed.R.Civ.P. 41(a) Plaintiff DEX Products Inc. ("DEX") dismisses this action. All parties shall bear their own costs.

Dated: December 4, 2006

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
ROBERT L. SALLANDER, JR.
Attorneys for Plaintiff DEX PRODUCTS INC.

IT IS SO ORDERED
Judge Susan Illston

1