IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEX PRODUCTS, INC., | No. C 05-05126 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR ENTRY OF JUDGMENT BY CONSENT** |
| v. | |
| BARBARA HOUGHTELING, et al., | |
| Defendants. | |

This action was voluntarily dismissed by plaintiff on December 14, 2006 and the Court's order of dismissal was signed and filed on December 18, 2006. Thereafter, on December 22, 2006, defendant filed an Ex Parte Motion to Alter Judgment, and on January 9, 2007, the Court held a further Case Management Conference with the parties to discuss the form of the requested judgment. The Court rejected the proposed form of judgment and directed the parties to present a revised form to the Court for its consideration. Since then, no further form of judgment has been provided to the Court, despite numerous requests from the Court's clerk.

Accordingly, the Ex Parte Motion to Alter Judgment is DENIED. [Docket 61]

**IT IS SO ORDERED.**

Dated: May 17, 2007

SUSAN ILLSTON
United States District Judge